IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | NO.  2:01 CR 164(009) |
| v. : | |
| : | JUDGE AlGENON L. MARBLEY |
| : | |
| : | |
| **MARTIN W. ELSON,** : | |
| : | |
| **Defendant.** : | |

### ORDER

On July 23, 2007, Defendant Martin W. Elson moved to vacate the June 26, 2007, Certification of Judgment for Registration in Another District entered by the Clerk of this Court. Specifically, Defendant objected to inaccurate language in the Certification, which stated that no notice of appeal regarding the June 1, 2007, Abstract of Judgment in this case had been filed.  In fact, the Defendant had indeed filed notice of appeal on June 12, 2007.  The Court hereby **GRANTS** Defendant's motion to vacate the inaccurate language contained in the June, 26, 2007, Certification of Judgment for Registration in Another District.

**IT IS SO ORDERED.**

      s/Algenon L. Marbley
      **ALGENON L. MARBLEY**
      **UNITED STATES DISTRICT COURT**

**Dated: March 24, 2008**